**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **GOURMET RECIPE EXPERTS, INC.** | § § § | |
| *Plaintiff* | § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:17-cv-00425** |
| **GOURMET GARDENS SPECIALTY FOODS, INC.** | § § § | |
| *Defendant* | § § | |

<u>**Joint Motion to Dismiss with Prejudice**</u>

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Agreement, Plaintiff, Gourmet Recipe Experts, Inc. ("Plaintiff") and Defendant, Gourmet Gardens Specialty Foods, Inc. ("Defendant"), have agreed to settle, adjust and compromise all claims in the above-captioned action.  The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Plaintiff against Defendant with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Dated:  August 23, 2018

Respectfully submitted,

**Gardere Wynne Sewell LLP**

By: *<u>/s/ Paul V. Storm</u>*
    Paul V. Storm
    State Bar No. 19325350
    J. Michael Thomas
    State Bar No. 24066812
    1601 Elm Street

3000 Thanksgiving Tower
Dallas, Texas 75201
214-999-3000
pvstorm@gardere.com
mthomas@gardere.com

Attorneys for Plaintiff

**Ramey & Flock, P.C.**

By: */s/ Andrew W. Stinson*
     Andrew W. Stinson
     State Bar No. 24028013
     Eric Kolder
     State Bar No. 24083323
     100 East Ferguson, Suite 404
     Tyler, Texas 75702
     (903) 597-3301
     andys@rameyflock.com
     ekolder@rameyflock.com

Attorneys for Defendant

## Certificate of Service

The undersigned certifies that on August 23, 2018, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew W. Stinson*
Andrew W. Stinson